DOROTHY L. BERRY, PETITIONER-RESPONDENT, v. SILENT AUTOMATIC SALES COMPANY, RESPONDENT-APPELLANT.

Submitted May 26, 1933—Decided September 27, 1933.

For the respondent-appellant, *John A. Matthews.*

For the petitioner-respondent, *DeBaun & Westervelt (Jesse B. Leslie,* of counsel).

PER CURIAM.

The judgment under review herein should be affirmed, for the reasons expressed in the opinion delivered in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, TRENCHARD, CASE, BODINE, DONGES, PERSKIE, VAN BUSKIRK, KAYS, HETFIELD, DEAR, WELLS, DILL, JJ.   13.

*For reversal*—None.